# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 97-cr-137-Highsmith

USA

vs.

Felix Mauricio Zuniga

## SEALED DOCUMENT IN VAULT

Document to be unsealed by order of court upon good cause shown.

Docket Clerk _____

Docket Numbers _____70_____