UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-137-CR-HIGHSMITH

UNITED STATES OF AMERICA

vs.

FELIX MAURICIO ZUNIGA



FILED by _____ D.C.
OCT 15 1999
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### MOTION FOR RETURN OF SEIZED PROPERTY

**NOW COMES,** Felix Mauricio Zuniga, pursuant to Rule 41(e) of the Federal Rules of Criminal Procedure. and respectfully moves this Honorable court to direct that certain property belonging to him, a schedule of which is annexed hereto, and which was taken from him on July 28, 1994, at the premises located at 328 Crandon Blvd, Suite 222-B, Key Biscayne, Florida in the Southern District, by FBI agent Mr. Brian Jerome, be returned to him.

October 5th, 1999

Respectfully Submitted,

Felix M. Zuniga, Pro se
5121 NE 26 Avenue
Ft. Lauderdale, Florida
33308



## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the foregoing has been furnished by mail to: Judge Shelby Highsmith, US District Court, Federal Justice Building, 99 NE 4th Court, Miami, Florida, 33132, on this 5th day of October, 1999.

FELIX M. ZUNIGA
5121 NE 26 Avenue
Ft. Lauderdale, Florida
33308