UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 97-137-CR-HIGHSMITH

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) |
| | ) |
| FELIX MAURICIO ZUNIGA | ) |
| | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S *PRO SE* MOTION FOR RETURN OF SEIZED PROPERTY**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby responds to defendant's *pro se* motion for return of seized property, stating as follows:

1. On October 15, 1999, defendant filed the instant motion for return of seized property, annexed to which is a schedule of the property seized by the United States.

2. Defendant did not serve the United States with a copy of his motion, nor did he contact the United States to ascertain if the government had an objection to returning any or all of the property.

3. With respect to the schedule of items, the government has already returned the items in boxes 3-5.



4.  The government has no objection to returning computers, but takes the position that the computer drives must be wiped clean before their return because they contain instrumentalities of the fraud.

5.  The government has objections to returning some of the documents in boxes 2, 6 and 9 because they constitute instrumentalities of the fraud.

6.  The government has no objection to returning the remaining items.

7.  The instant motion is premature because the defendant did not first attempt to ascertain which of the items the government would return. Thus, the motion should be denied at this time, without prejudice to the defendant to re-file the motion after having met with the government.

WHEREFORE, the Court should deny defendant's motion as premature without prejudice to re-file it if, after meeting with the government, he is not satisfied with items returned.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

ANDREW C. LOURIE
Assistant United States Attorney
Fla Bar No. A5500253
99 N.E. Fourth Street, 7th Floor
Miami, Florida  33132
(305) 961-9425
FAX NO. (305) 530-6168

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading was mailed on this the 7th day of December, 1999, to Felix Zuniga, 5121 N.E. 26th Ave. Ft Lauderdale, Florida 33308.

_____
ANDREW LOURIE
Assistant United States Attorney