UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-137-CR-HIGHSMITH

UNITED STATES OF AMERICA

v.

FELIX MAURICIO ZUNIGA,
_____/

ORDER

This cause came before the Court on Defendant Zuniga's Motion to permit Transcript of Hearing, filed September 16, 1998. After considering said motion and being duly advised, it is

ORDERED AND ADJUDGED that the aforementioned motion is GRANTED. The Court Reporter may transcribe the Sealed proceedings held on July 24, 1998, and said transcript shall be Sealed.

DONE AND ORDERED this 22nd day of September, 1998.

SHELBY HIGHSMITH
United States District Judge

Copies to:
US Attorney (Andrew C. Lourie)
Donald Bierman, Esq.