

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-137-CR-HIGHSMITH

UNITED STATES OF AMERICA

v.

FELIX MAURICIO ZUNIGA
_____/

### SEALED ORDER

This cause came before the Court on Government's Motion for Downward Departure from the Sentencing Guidelines, filed July 22, 1998. After considering said motion and being duly advised, it is

ORDERED AND ADJUDGED that the aforementioned motion is GRANTED.

DONE AND ORDERED this 27th day of October, 1998.

SHELBY HIGHSMITH
United States District Judge

Copies to:
US Attorney (Andrew Lourie)
Donald Bierman, Esq.