# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE SHELBY HIGHSMITH, PRESIDING

Case No. 98-137-CR-Highsmith    Date 7-24-98
Clerk Anita Street-Dixon    Reporter Roger Walford
USPO _____    Interpreter _____

UNITED STATES OF AMERICA v. Felix Mauricio Zuniga (B)

AUSA Andrew C. Lourie    Defense Counsel Don Bierman, Esq.

Defendant(s): Present ✓   Not Present ___   In Custody ___
Reason for Hearing: Sentencing

Result of Hearing: _____

Case Continued to: Oct. 22, 1998   Time 10:00AM   For Sentencing

Misc.: Proceeding under Sealed

